83,155-02

To: THE office oF The Honorable CleRK
Court oF CRiminal APPeals
Abel Acosta

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

From: Juan F. Turcios Id# 1790019
Boud Prison · K-114·13
Teague, Tx 75860-5174

Date: JuLy 20-2015

RE: Trial Court Case No 11-70896-P(A)
From 203rd J.D.C. Dallas, Tx

CCA. WRit NO. WR-83,155-02

I LiKe to InForm this court that the above named Applicant in the
above numbered cause has not receive ANY copy oF the Finding oF Fact
+ Conclusions oF LAW by the Court Investigator April Smith And the Appl-
icant has not received any copy oF the affidavid [s] iF any Filed by Trial or
Appellate counsel Thus the clerk and or the state has Failed to effectuate
Proof oF service Persuant to Article 11.07 § 3. § 5. C.C.P. (2015)

Juan F. Turcios · Applicant

CC. Trial Court Clerk            1 oF 1